IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, OFFICINE PANERAI A.G., and LANCEL INTERNATIONAL SA,<br><br>Plaintiffs,<br><br>v.<br><br>JING MI LING, et al.,<br><br>Defendants. | Case No. 15-cv-7482<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Maria Valdez** |

**AMENDED COMPLAINT**

[CONTENTS FILED UNDER SEAL]