**RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, OFFICINE PANERAI A.G., and LANCEL INTERNATIONAL SA, v. JING MI LING, et al. - Case No. 15-cv-7482**

# Schedule A

## Defendants

| No. | Name / Alias |
|-----|--------------|
| 1 | jing mi ling |
| 2 | Rodrigo Hee |
| 3 | ke ma |
| 4 | Proctor Stuart |
| 5 | juan liu |
| 6 | Yu Wen Peng |
| 7 | Protection Privacy |
| 8 | xie dawei |
| 9 | fei xu |
| 10 | fangmin rui |
| 11 | shengmin pan |
| 12 | xiaoqin tian |
| 13 | Wei Wang |
| 14 | LI Kang Sheng |
| 15 | li da qi |
| 16 | Zhang Jack |
| 17 | jun xie |
| 18 | xiao yu |
| 19 | qi bowen |
| 20 | cui zhenhua |
| 21 | guanglei zhang |
| 22 | xu weimei |
| 23 | wujie |
| 24 | KEVIN TINA |
| 25 | Mr chen |
| 26 | lu xi |
| 27 | jose jose |
| 28 | jackson rose |
| 29 | talor jhone |
| 30 | xiaofei wu |
| 31 | Zheng Dian |
| 32 | Hu ZiYun |
| 33 | Liu Sheng |
| 34 | leinuo |
| 35 | Duanqingkai |
| 36 | Gaohaiqing |
| 37 | wangzhen |

| 38 | WU WEIBU |
|----|----------|
| 39 | lirong shi |
| 40 | MARY CARNEY |
| 41 | lisa king |
| 42 | lion james |
| 43 | fengyu li |
| 44 | tao yu |
| 45 | bei ling |
| 46 | Daniel wang |
| 47 | liu jun |
| 48 | john steven |
| 49 | zhaoyun |
| 50 | xiang rongxin |
| 51 | Tianbao Wang |
| 52 | lee rose |
| 53 | watches allen |
| 54 | xiang rongxin |
| 55 | tian si |
| 56 | ku qi |
| 57 | huatian |
| 58 | Sun haimei |
| 59 | Lixiaobing |
| 60 | sun wukong |
| 61 | wang yuyan |
| 62 | wuzi |
| 63 | shenwei |
| 64 | Yu Yan Han |
| 65 | gong tengxinyi |
| 66 | lai liying |
| 67 | Rui Fangmin |
| 68 | shilirong . |
| 69 | San Zhang |
| 70 | kimberly reese |
| 71 | Marie Arpin |
| 72 | Jessica Thompson |
| 73 | guohua zeng |
| 74 | jiao sun |
| 75 | Dong Mei Jiang |
| 76 | chun qiang chen |
| 77 | Hua Wei |
| 78 | PuYi |
| 79 | Ashley Romero |
| 80 | zhang yiyi |
| 81 | zhang huiqiang |
| 82 | zhang huiqiang |
| 83 | zheng bao zheng bao |
| 84 | guan tang |

| | |
|---|---|
| 85 | Shen Qian Ling |
| 86 | Na O Pa |
| 87 | Song Tu Wan |
| 88 | Gu Fa Guo |
| 89 | Jia Pei Re |
| 90 | Qi Ruan |
| 91 | Ba aa |
| 92 | Jian Ke |
| 93 | Long |
| 94 | meng xian |
| 95 | YinSi BaoHu Yi KaiQi (Hidden by Whois Privacy Protection Service) |
| 96 | yuchuancai |
| 97 | libingchen |
| 98 | manmanxia |
| 99 | MIAOHE |
| 100 | tianyufang |
| 101 | tom suey |
| 102 | hui qi |
| 103 | song xiao yi |
| 104 | cheng fei |
| 105 | xiaolan ming |
| 106 | chang shang |
| 107 | feier jordan |
| 108 | changfei liu |
| 109 | chenghuang qu |
| 110 | gill feng |
| 111 | mario cheng |
| 112 | yuwan tang |
| 113 | mingzhong sheng |
| 114 | cheng cheng |
| 115 | lussa jhone |
| 116 | ring chenggang |
| 117 | zhou wei |
| 118 | lijianning |
| 119 | limin |
| 120 | zhoujuan |
| 121 | luqian |
| 122 | lizhi |
| 123 | wangfang |
| 124 | liang zhengwen |
| 125 | liangzhengwen |
| 126 | Zhang liang |
| 127 | chenqian |
| 128 | sunjuan |
| 129 | liyanan |
| 130 | wangzhen |
| 131 | wuting |

| 132 | Yang yejing |
|-----|-------------|
| 133 | huashuang |
| 134 | wangjiangchuan |
| 135 | pangmiao |
| 136 | Wu yongxiang |
| 137 | wangqi |
| 138 | zhangma |
| 139 | linhongyu |
| 140 | song xiaoyi |
| 141 | zhang dehua |
| 142 | Lee Wei Liu |
| 143 | juanhua sun |
| 144 | tao wang |
| 145 | William Jaffer |
| 146 | Li Yang |
| 147 | Lancelo Peel |
| 148 | JIE CHEN |
| 149 | zhang xiaohui |
| 150 | watchwhirl watchwhirl |
| 151 | wristwatch1235 5461 |
| 152 | zhen lin |
| 153 | lee rose |
| 154 | Fcuthe Best |
| 155 | Shihan Lin |
| 156 | Bill Brown |
| 157 | jianxian li |
| 158 | Harry Chen |
| 159 | fengbingxian |
| 160 | chenhong |
| 161 | ShenDa |
| 162 | buxi |
| 163 | zhangneng |
| 164 | raoguoping |
| 165 | heyoucheng |
| 166 | liujing |
| 167 | rose chow |
| 168 | wang qiang lu |
| 169 | song xiao yi |
| 170 | chaoxin |
| 171 | chen ayong |
| 172 | chao yang |
| 173 | honglei wang |
| 174 | JieQi replica watches sale , co, ltd |
| 175 | li jia |
| 176 | Stars Cao |
| 177 | Yua Su Corporation |
| 178 | shilirong |

| 179 | caijiac |
| 180 | jack wang |
| 181 | Susan White |
| 182 | michael getz |
| 183 | gloria jones |
| 184 | joan Poitras |
| 185 | Lucy Jobs |
| 186 | mongkokwatch.org |
| 187 | Domain Admin |
| 188 | new-montblancjewelry-sale.com new-montblancjewelry-sale.com |
| 189 | daniel goodman |
| 190 | Lisa Platt |
| 191 | james stovall |
| 192 | johnathon barton |
| 193 | marguerite biggs |
| 194 | peggy rosenberg |
| 195 | kobi james |
| 196 | dounet123 ezie |
| 197 | talor jhone |
| 198 | kobe gutierrez |
| 199 | lisa lu |
| 200 | MATTHEW HERMAN |
| 201 | David Hind |
| 202 | Qiangjing Chen |
| 203 | fan yahui |
| 204 | lyndo hudsu |
| 205 | shuiping gan |
| 206 | dasf diant |
| 207 | h b |
| 208 | Roderick Luna |
| 209 | brenda Jones |
| 210 | SUSAN WHITE |
| 211 | wells ted |
| 212 | chenzhiwen |
| 213 | Michael Ruggerio |
| 214 | eric smith |
| 215 | Bengtrystedt.se |
| 216 | Systems Administrator |
| 217 | Katharina Freud |
| 218 | Ray |
| 219 | Ellie Barnett |
| 220 | Govind Kanji |
| 221 | Finestpurse.se |
| 222 | refinedwatch.com |
| 223 | watchesrew.com |
| 224 | fbeshop.com |
| 225 | prisedwatch.com |

| 226 | hotreplicaonline.com |
| 227 | santas-me.org |
| 228 | Lena Weaver |
| 229 | Registration Private |
| 230 | Emily McDonald |
| 231 | Suzanne Sage |
| 232 | Candice Joyce |
| 233 | Tammy Agard |
| 234 | Repossessed by Go Daddy |
| 235 | Registration Private |
| 236 | Registration Private |
| 237 | Registration Private |
| 238 | Barry King |
| 239 | Heuvelrug.eu |
| 240 | Vogues.eu |
| 241 | Allan Fret |
| 242 | David Hind |
| 243 | Arshad Baig |
| 244 | Dan Thurston |
| 245 | Jaqueline Robson |
| 246 | Thoma Essabalian |
| 247 | Watcher.se |
| 248 | Gagik Mkrtchyan |
| 249 | joann thompson |
| 250 | Kayla Alford |
| 251 | Nora Falconeri |
| 252 | Steve Stuart |
| 253 | 1045his.com |
| 254 | 123cng.com |
| 255 | 1wristwatch.com |
| 256 | 8fakte.com |
| 257 | 99poplar.com |
| 258 | abrameli.com |
| 259 | alegroso.com |
| 260 | auto965.net |
| 261 | backinkwatch.com |
| 262 | bastaballe.com |
| 263 | bestcopywatches.com |
| 264 | bestreplicawatch.net |
| 265 | bestwatchespro.com |
| 266 | blingsterz.com |
| 267 | bolagsvisning.com |
| 268 | brandedluxurywatches.com |
| 269 | buaec.com |
| 270 | cartier4lover.net |
| 271 | cartierfakewatches.com |
| 272 | cartierreplicawatch.com |

| 273 | cartierstores.com |
| 274 | cbceo123.com |
| 275 | cecth.com |
| 276 | cheap-designer-watches.net |
| 277 | chinavisaus.com |
| 278 | ciicu.com |
| 279 | cilobster.com |
| 280 | clemontwatches.com |
| 281 | compare-watches.com |
| 282 | conwatches.com |
| 283 | deal-watches.com |
| 284 | deepbombay.com |
| 285 | designshopaustralia.com |
| 286 | displaysforwatches.com |
| 287 | dp-espanol.com |
| 288 | dublingreen.net |
| 289 | dwatchonline.com |
| 290 | enjoypalisade.com |
| 291 | event-watch.com |
| 292 | fakecartierwatches.com |
| 293 | fakecopywatches.com |
| 294 | fakeiwc.com |
| 295 | fake--watches.com |
| 296 | fewsomewatches.com |
| 297 | flexnuts.com |
| 298 | fseua.com |
| 299 | g3watches.com |
| 300 | gccsoco.com |
| 301 | getrunning.net |
| 302 | goresurvey.com |
| 303 | great-watch.com |
| 304 | hej01.com |
| 305 | hireplicawatch.com |
| 306 | homairah.com |
| 307 | iba-cg.com |
| 308 | ibizawatches.com |
| 309 | i-dbs.com |
| 310 | illtaketen.net |
| 311 | indowatchstore.com |
| 312 | inspectgears.com |
| 313 | intimes-watches.com |
| 314 | iwcreplicawatches.com |
| 315 | iwmwatches.com |
| 316 | jewelleryandwatches.net |
| 317 | jewelryandwatchesforyou.com |
| 318 | jfhc-live.com |
| 319 | kcwatch.net |

| | |
|---|---|
| 320 | lasolano.com |
| 321 | lax-watches.com |
| 322 | lincmenai.com |
| 323 | linkcyprus.com |
| 324 | luxuryreplicawatchus.com |
| 325 | luxurywatchesking.com |
| 326 | marionbenton.com |
| 327 | mevlevihaneler.net |
| 328 | montblanc149.com |
| 329 | montblanc-guide.com |
| 330 | montblanclove.com |
| 331 | montblancprix.com |
| 332 | montblancs-pens.com |
| 333 | ms-watch.com |
| 334 | myomegagroove.com |
| 335 | mywatchesshop.com |
| 336 | neajausa.com |
| 337 | nekogazous.com |
| 338 | neonhappy.net |
| 339 | offshorelimitedwatches.com |
| 340 | ourwatchau.com |
| 341 | paneraireplicaswiss.com |
| 342 | pengojs.com |
| 343 | penpalau.com |
| 344 | penspa.com |
| 345 | pozeimagini.com |
| 346 | prwatch.net |
| 347 | qacro.com |
| 348 | replicaiwcwatches.net |
| 349 | replicavacheronconstantin.com |
| 350 | replica-vacheron-constantin.com |
| 351 | replicavacheronconstantinwatches.com |
| 352 | replicawatchbest.com |
| 353 | replicawatches2016.com |
| 354 | replicawatchesguide.com |
| 355 | replicawatcheshit.com |
| 356 | replicawatchesstore.com |
| 357 | replicawatchestop.net |
| 358 | replicawatcheszone.com |
| 359 | replicawatchfake.com |
| 360 | salebaselwatches.com |
| 361 | shotakoe.com |
| 362 | sk334.com |
| 363 | sntwatch.com |
| 364 | softocom.com |
| 365 | solidsdk.com |
| 366 | sophiecartier.com |

| | |
|---|---|
| 367 | sosurecircle.com |
| 368 | supp-tech.com |
| 369 | thanetwatch.com |
| 370 | thebighouseatl.com |
| 371 | themontblancoutlet.com |
| 372 | timecowatches.com |
| 373 | tokatextile.com |
| 374 | topfakewatches.com |
| 375 | topmontblanc.net |
| 376 | topwatchestore.com |
| 377 | tourdumontblanc.net |
| 378 | tydong.com |
| 379 | u-watches.com |
| 380 | vkwatch.com |
| 381 | watch-do.com |
| 382 | watchesbyus.com |
| 383 | watchescelebrity.com |
| 384 | watch-iwc.com |
| 385 | watchonstore.com |
| 386 | watchswordartonline.com |
| 387 | watchufc115live.com |
| 388 | webkeycodes.com |
| 389 | wereplicawatches.net |
| 390 | whytonight.com |
| 391 | wwuwork.com |
| 392 | zealwatch.com |
| 393 | allwatch.org |
| 394 | cartierjewelry.org |
| 395 | cartierreplica.org |
| 396 | cartier-watch.org |
| 397 | fakebestwatches.org |
| 398 | fakewatchesstore.org |
| 399 | fifthcol.org |
| 400 | iwcusa.org |
| 401 | nychiros.org |
| 402 | replicacartier.org |
| 403 | replicacartierwatches.org |
| 404 | replicadesign.org |
| 405 | russiawatchers.org |
| 406 | spinelessbooks.org |
| 407 | teipen.org |
| 408 | watchesale.org |
| 409 | watchesbars.org |
| 410 | zoewatches.org |
| 411 | art-frameleden.nl |
| 412 | Marie Rees |
| 413 | SUSAN WHITE |

| | |
|---|---|
| 414 | Alfaro Maria Leticia |
| 415 | newmanmode.nl |
| 416 | balletschoollouise.nl |
| 417 | san zhang |
| 418 | zhanghong |
| 419 | LinQing |
| 420 | é«˜ç»´ä½³³ |
| 421 | yanghua huang |
| 422 | DASD ASDASD |
| 423 | Swwatch.eu |
| 424 | Domain Admin |
| 425 | 1989 |
| 426 | !Honey! |
| 427 | 8 u fashion jewelry |
| 428 | ABC Jewelry store |
| 429 | Alice & Michael Fashion Jewelry |
| 430 | Amazing Grace Store |
| 431 | basketballfans999 |
| 432 | Beauty Life-Jewelry |
| 433 | Beichong |
| 434 | Betty ForeverBeauty Custom Jewellery |
| 435 | BingBing Jewelry Princess |
| 436 | Bling in the sky |
| 437 | burberrity bag |
| 438 | Cartoon's World |
| 439 | China Novelties |
| 440 | Cocofashion competitive products mall |
| 441 | Crazy little meow |
| 442 | DABEI COMMUNICATION |
| 443 | Darren's Boutique |
| 444 | davis ge {$5 Minium} |
| 445 | Deer in the woods |
| 446 | DongXing Factory outlets 428638 |
| 447 | Elisa Natural Pearl Jewelry |
| 448 | EVA Jewelry |
| 449 | Famous and Beautiful |
| 450 | Fashion Ladies' Jewellery Collections |
| 451 | Fashion Utopia No.1 |
| 452 | fashiontime |
| 453 | Fat girl love fashion(Mixed order $5) |
| 454 | Feelord |
| 455 | Forever Love Fashion Jewelry |
| 456 | free shipping jewelry |
| 457 | Furious& Fast |
| 458 | FUSSEM BOUTIQUE SHOP |
| 459 | Give us target price via email:info(at)excell… |
| 460 | glen chen's store |

| | |
|---|---|
| 461 | Global Fashion Jewels Warehouse |
| 462 | Guangzhou Daimily Trading Co. Ltd. |
| 463 | GuangZhou Perfect Deal Technology Co. Ltd |
| 464 | Gulao Dongfang |
| 465 | Guo Guo 2015 Wholesale |
| 466 | Hangzhou Zhihai Trade Co., Ltd. |
| 467 | Happy Girl Sunshine Day |
| 468 | Helen's living house |
| 469 | HK SEE-RICH INTERNATIONAL GROUP (OEM and Wholesale trade) |
| 470 | Huli Xuan jewelry wholesale |
| 471 | INNI Store |
| 472 | isfang |
| 473 | jack wong's store |
| 474 | jay zhao's store |
| 475 | Jenny Yiwu Trade Co., Ltd. |
| 476 | Jewelry Necklace |
| 477 | joy's sexy night club sequin fabric |
| 478 | JXJ Fashion Houseware |
| 479 | Kang Yu Jewelry accessories firm |
| 480 | KezJo Jewelry |
| 481 | klysto jewelry |
| 482 | L T jewelry |
| 483 | leyang_station |
| 484 | Life & Shopping |
| 485 | Lovedelicate Co.,Ltd |
| 486 | Luxury Jewelry |
| 487 | Madam Jewelry (Min order 10usd Mix wholesale) |
| 488 | maggie and fiona |
| 489 | mary fashion jewelry wholesale store |
| 490 | Max factory Jewelry ( drop shipping ) |
| 491 | Meet the needs of women |
| 492 | MeiZhi Store |
| 493 | MiLun Jewelry Factory(Min Order$5) |
| 494 | Minne Jewelry |
| 495 | NIBA Jewelry |
| 496 | Pei Fragrant Source Industry and Trade Co.,Ltd |
| 497 | PENG RUI Trade Limited Company |
| 498 | Perfect-Jewellery |
| 499 | Purplemelody |
| 500 | Qingdao Aynoah Jewelry Store |
| 501 | queen queen shop |
| 502 | Shanghai Oscar Trade Co. Lt's store |
| 503 | Shen Zhen DreamMaker Cosmetics Co.,Ltd |
| 504 | Shenzhen Happy Design Technology Co.,Ltd |
| 505 | ShenZhen Youth |
| 506 | SINKEE JEWELRY |
| 507 | Staree Jewelry |

| | |
|---|---|
| 508 | Sure-W wristwatch Co.,Ltd. |
| 509 | sweet number |
| 510 | TengYuan International Trade Co., Ltd. |
| 511 | The dream of a brave |
| 512 | The Monkey's Store |
| 513 | Vansen Wears |
| 514 | VIVI JEWELRIES ONLINE SHOP |
| 515 | wangxinge |
| 516 | Warm lover |
| 517 | Wholesale Zone |
| 518 | Women's Family |
| 519 | Yen Yan |
| 520 | YI WU CYBER CO., LIMITED |
| 521 | Yiwu City Heng Xiao Import And Export Co.,Ltd |
| 522 | Yiwu longteng jewelry co., LTD |
| 523 | Your precious jewels |
| 524 | youtuojingchuang Co., LTD. |
| 525 | yurisen |
| 526 | ZAKI Company 02 |
| 527 | chuangwang9188 |
| 528 | greatoffer88 |
| 529 | kinhygbfrs |
| 530 | lifestyle2012 |
| 531 | taotaotaobaobei08 |
| 532 | weeha |
| 533 | xdrfv2589 |

| Defendant Online Marketplace Accounts | |
|---|---|
| No | URL |
| 1 | aliexpress.com/store/1331419 |
| 2 | aliexpress.com/store/1781034 |
| 3 | aliexpress.com/store/1360824 |
| 4 | aliexpress.com/store/1228816 |
| 5 | aliexpress.com/store/1806087 |
| 6 | aliexpress.com/store/715028 |
| 7 | aliexpress.com/store/1778160 |
| 8 | aliexpress.com/store/600621 |
| 9 | aliexpress.com/store/1852535 |
| 10 | aliexpress.com/store/718976 |
| 11 | aliexpress.com/store/1834036 |
| 12 | aliexpress.com/store/1402018 |
| 13 | aliexpress.com/store/1757061 |
| 14 | aliexpress.com/store/1430102 |
| 15 | aliexpress.com/store/810581 |
| 16 | aliexpress.com/store/1804859 |

| 17 | aliexpress.com/store/1194757 |
|----|------------------------------|
| 18 | aliexpress.com/store/1687024 |
| 19 | aliexpress.com/store/500446 |
| 20 | aliexpress.com/store/828453 |
| 21 | aliexpress.com/store/1828620 |
| 22 | aliexpress.com/store/428638 |
| 23 | aliexpress.com/store/804020 |
| 24 | aliexpress.com/store/1801519 |
| 25 | aliexpress.com/store/1554252 |
| 26 | aliexpress.com/store/1847046 |
| 27 | aliexpress.com/store/712812 |
| 28 | aliexpress.com/store/1046453 |
| 29 | aliexpress.com/store/1160266 |
| 30 | aliexpress.com/store/816164 |
| 31 | aliexpress.com/store/1439175 |
| 32 | aliexpress.com/store/1786079 |
| 33 | aliexpress.com/store/1787034 |
| 34 | aliexpress.com/store/1628466 |
| 35 | aliexpress.com/store/817611 |
| 36 | aliexpress.com/store/601309 |
| 37 | aliexpress.com/store/1708625 |
| 38 | aliexpress.com/store/212744 |
| 39 | aliexpress.com/store/1799283 |
| 40 | aliexpress.com/store/1820932 |
| 41 | aliexpress.com/store/321187 |
| 42 | aliexpress.com/store/1847391 |
| 43 | aliexpress.com/store/1331528 |
| 44 | aliexpress.com/store/1160587 |
| 45 | aliexpress.com/store/417172 |
| 46 | aliexpress.com/store/1851482 |
| 47 | aliexpress.com/store/1410245 |
| 48 | aliexpress.com/store/1379994 |
| 49 | aliexpress.com/store/911865 |
| 50 | aliexpress.com/store/519201 |
| 51 | aliexpress.com/store/224388 |
| 52 | aliexpress.com/store/1768227 |
| 53 | aliexpress.com/store/1761331 |
| 54 | aliexpress.com/store/226303 |
| 55 | aliexpress.com/store/916855 |
| 56 | aliexpress.com/store/1487459 |
| 57 | aliexpress.com/store/321831 |
| 58 | aliexpress.com/store/1627732 |
| 59 | aliexpress.com/store/1334891 |
| 60 | aliexpress.com/store/1552187 |
| 61 | aliexpress.com/store/108484 |
| 62 | aliexpress.com/store/1756421 |
| 63 | aliexpress.com/store/512980 |

| | |
|---|---|
| 64 | aliexpress.com/store/1808128 |
| 65 | aliexpress.com/store/1316359 |
| 66 | aliexpress.com/store/511518 |
| 67 | aliexpress.com/store/1818651 |
| 68 | aliexpress.com/store/1040057 |
| 69 | aliexpress.com/store/1821285 |
| 70 | aliexpress.com/store/414633 |
| 71 | aliexpress.com/store/819014 |
| 72 | aliexpress.com/store/1835278 |
| 73 | aliexpress.com/store/1800677 |
| 74 | aliexpress.com/store/1800364 |
| 75 | aliexpress.com/store/716683 |
| 76 | aliexpress.com/store/1710001 |
| 77 | aliexpress.com/store/1426259 |
| 78 | aliexpress.com/store/704508 |
| 79 | aliexpress.com/store/1627088 |
| 80 | aliexpress.com/store/1097762 |
| 81 | aliexpress.com/store/1833895 |
| 82 | aliexpress.com/store/114576 |
| 83 | aliexpress.com/store/208761 |
| 84 | aliexpress.com/store/404184 |
| 85 | aliexpress.com/store/1198800 |
| 86 | aliexpress.com/store/725235 |
| 87 | aliexpress.com/store/1017662 |
| 88 | aliexpress.com/store/1762027 |
| 89 | aliexpress.com/store/1669512 |
| 90 | aliexpress.com/store/1766065 |
| 91 | aliexpress.com/store/1266075 |
| 92 | aliexpress.com/store/1556111 |
| 93 | aliexpress.com/store/623683 |
| 94 | aliexpress.com/store/1800507 |
| 95 | aliexpress.com/store/1823601 |
| 96 | aliexpress.com/store/336404 |
| 97 | aliexpress.com/store/1738148 |
| 98 | aliexpress.com/store/236922 |
| 99 | aliexpress.com/store/1838193 |
| 100 | aliexpress.com/store/1040443 |
| 101 | aliexpress.com/store/1813477 |
| 102 | aliexpress.com/store/1411044 |
| 103 | ioffer.com/selling/chuangwang9188 |
| 104 | ioffer.com/users/greatoffer88 |
| 105 | ioffer.com/selling/kinhygbfrs |
| 106 | ioffer.com/selling/lifestyle2012 |
| 107 | ioffer.com/selling/taotaotaobaobei08 |
| 108 | ioffer.com/selling/weeha |
| 109 | ioffer.com/selling/xdrfv2589 |

| Defendant Domain Names |
|---|
| 1 | verycheaponline.com |
| 2 | byshopsonlineuk.co.uk |
| 3 | tswatchltd.com |
| 4 | aparadisiac.com |
| 5 | exportgood.com |
| 6 | cartiersales.top |
| 7 | fashioncartier.top |
| 8 | forchloe.top |
| 9 | shopcartier.top |
| 10 | cartieronsale.top |
| 11 | cheapchloe.top |
| 12 | stylomontblancpas.com |
| 13 | 2015bagonline.com |
| 14 | lovebraceletstores.net |
| 15 | orologieconomici.com |
| 16 | cheapestwatchuk.com |
| 17 | footballmagasin.net |
| 18 | iwatch-apple.org |
| 19 | paschermontresdeluxefr.com |
| 20 | replicacompany.com |
| 21 | gzbestwatch.com |
| 22 | replicassupplier.com |
| 23 | watches-trusty-time.com |
| 24 | watchislamictv.com |
| 25 | bestopwatch.com |
| 26 | newtopwatch.com |
| 27 | 2015luxury.com |
| 28 | miotempoita.com |
| 29 | sdrdny.com |
| 30 | bestpuretime.com |
| 31 | swissaaawatchesale.com |
| 32 | brands226.com |
| 33 | topoverwatchess.com |
| 34 | xppstore.com |
| 35 | ko-watch.net |
| 36 | relojvender.com |
| 37 | rep8.net |
| 38 | lux-uhr.com |
| 39 | vllwatch.com |
| 40 | replicahandbags.com.co |
| 41 | montblancpens.net.co |
| 42 | o-watches.com |
| 43 | middlewatches.com |
| 44 | watchebar.com |
| 45 | olawatches.com |

| 46 | hihireplicas.com |
|----|------------------|
| 47 | swissmenwatchreplica.com |
| 48 | swissbestwatchreplica.com |
| 49 | swisswatchreplicashop.com |
| 50 | bestcopyjewelry.com |
| 51 | leveluxwatch.com |
| 52 | banknotes.us |
| 53 | buyreplicabag.co |
| 54 | replicacartierwatch.us |
| 55 | swissreplicawatchshop.us |
| 56 | luxurydiscountbagsuk.com |
| 57 | uhrenshopde.com |
| 58 | replicapen.com |
| 59 | omegareplicawatch.com |
| 60 | replicatagheuerwatch.com |
| 61 | replicapaneraiwatch.com |
| 62 | danielwallclock.com |
| 63 | watcheskf.com |
| 64 | watchesbk.com |
| 65 | watchesmx.com |
| 66 | sakuralife.info |
| 67 | orologireplicaitalia.net |
| 68 | ok-replica.biz |
| 69 | hollywatch.biz |
| 70 | swisswatches.us |
| 71 | luxurywatchesforsale.us |
| 72 | 1iwc.us |
| 73 | iwcwatches.us |
| 74 | replicacartier.us |
| 75 | asapbox.net |
| 76 | chloejponstore.com |
| 77 | toporologi.com |
| 78 | watches123.com |
| 79 | deewatches.net |
| 80 | annwatches.net |
| 81 | montblancpensreplica.org |
| 82 | kvkathmandu.org |
| 83 | gladwatches.org |
| 84 | powerwatches.org |
| 85 | bringwatches.org |
| 86 | 2016topbagshop.com |
| 87 | chloecheapsales.com |
| 88 | 2015cartierjapansale.com |
| 89 | montrespascher.net |
| 90 | ejewelrycity.com |
| 91 | lancel-sacpascher.com |
| 92 | replicabest.com |

| 93 | watchesup.biz |
| 94 | somafest.com |
| 95 | abone444.com |
| 96 | jualgluterasemarang.com |
| 97 | taklithaber.com |
| 98 | zanies-shop.com |
| 99 | spot-life.net |
| 100 | epurseluxury.com |
| 101 | casioorologi.com |
| 102 | swissreplicaprice.com |
| 103 | chloe-shop.top |
| 104 | montblancpensoutlets.com |
| 105 | bestofmall.com |
| 106 | muoap.com |
| 107 | venvsi.com |
| 108 | bestmontblancpenuk.com |
| 109 | toplovebracelet.com |
| 110 | buywatches1009.top |
| 111 | vuittonhandbags1001b.top |
| 112 | imitationonline1002a.top |
| 113 | mensshoes1004b.top |
| 114 | leathergoods1005a.top |
| 115 | replicajewelry1007b.top |
| 116 | buywatches1009a.top |
| 117 | replicalvhandbags1011a.top |
| 118 | handbagswatches1012a.top |
| 119 | onlybuybuy.com |
| 120 | cawatchreplica.com |
| 121 | comereplica.com |
| 122 | 2015bagshops.com |
| 123 | heygoodtimes.com |
| 124 | fakeprices.com |
| 125 | perfectcloneswatch.net |
| 126 | chloehonpos.top |
| 127 | missreplicawatch.com |
| 128 | appwatchesone.com |
| 129 | topwatchesco.com |
| 130 | watchbycheap.com |
| 131 | boxwatchus.com |
| 132 | kerywatches.com |
| 133 | topkingwatch.com |
| 134 | buhaho.com |
| 135 | watchesgoing.com |
| 136 | guteuhr.com |
| 137 | oppwatch.com |
| 138 | watchtoo.com |
| 139 | watchyo.com |

| 140 | tarawatch.com |
|-----|---------------|
| 141 | ffwatches.com |
| 142 | perfwatches.com |
| 143 | mejorreloj.com |
| 144 | owatchoo.net |
| 145 | kowatches.co |
| 146 | owatcho.co |
| 147 | watchesming.co |
| 148 | watchescloud.co |
| 149 | watchescloud.org |
| 150 | watcheshe.org |
| 151 | mmmreplica.net |
| 152 | thoughwatches.net |
| 153 | unwatches.net |
| 154 | dangerwatches.com |
| 155 | cornerwatches.com |
| 156 | finishwatches.com |
| 157 | pvpwatches.com |
| 158 | neareplicas.com |
| 159 | mdwatches.com |
| 160 | edereplica.com |
| 161 | railwatches.net |
| 162 | osoreplica.net |
| 163 | poetwatches.com |
| 164 | periodwatches.com |
| 165 | expectwatches.com |
| 166 | throwwatches.com |
| 167 | wrongwatches.com |
| 168 | truckwatches.com |
| 169 | voicewatches.net |
| 170 | mightclone.com |
| 171 | honewatches.org |
| 172 | selfwatches.org |
| 173 | laughwatches.org |
| 174 | soildwatches.org |
| 175 | coatwatches.org |
| 176 | oftenwatches.org |
| 177 | wristreplica.org |
| 178 | hublotwatchesreplica.biz |
| 179 | vajma.net |
| 180 | clothdiary.com |
| 181 | 2muchoffer.com |
| 182 | gift4ulike.com |
| 183 | scorpionwatch.com |
| 184 | watchesnature.com |
| 185 | replicasstime.com |
| 186 | thegellab.com |

| | |
|---|---|
| 187 | cheapfine.com |
| 188 | watchesfiery.com |
| 189 | watchesfakesale.com |
| 190 | replicawatchessold.com |
| 191 | sunglasses4usale.com |
| 192 | brandwatches.us |
| 193 | mowatches.net |
| 194 | superbshoe.com |
| 195 | ourlovegift.com |
| 196 | frrolexpaschers.com |
| 197 | paschermontrederplique.com |
| 198 | amazingclock.org |
| 199 | ronspizzavilla.com |
| 200 | cartiersbestonline.com |
| 201 | cartiersloves.com |
| 202 | funwatchshop.com |
| 203 | hotcartierlovebracelets.com |
| 204 | paschermontre.com |
| 205 | topcartiers.com |
| 206 | pourlafindutemps.com |
| 207 | alukarya.com |
| 208 | baltimoredrumlessons.com |
| 209 | ksmhmy.com |
| 210 | cy500.org |
| 211 | gavinwatches.co.uk |
| 212 | waxwatchreplicas.co.uk |
| 213 | replicaforbest.co.uk |
| 214 | luxuryvipsale.com |
| 215 | wowujust.com |
| 216 | ibagjp.com |
| 217 | tabsvideo.co.uk |
| 218 | 1-watchestore.co.uk |
| 219 | pickuktimepieces.co.uk |
| 220 | swisswatchesstore.co.uk |
| 221 | hbuyreplicas.co.uk |
| 222 | cartiereyeglassesreplicas.org |
| 223 | cartierglassesreplica.org |
| 224 | grioft.co.uk |
| 225 | nekopc.co.uk |
| 226 | bingwatches.com |
| 227 | 2015bestwatches.biz |
| 228 | cheap-replica-watches-uk.com |
| 229 | watches-sale-usa-2016.com |
| 230 | rinkside.us |
| 231 | nicestwatches.biz |
| 232 | mongkokwatch.org |
| 233 | montblancpensstoreonline.com |

| 234 | new-montblancjewelry-sale.com |
| 235 | cartiermontrereplica.com |
| 236 | bestimewatch.com |
| 237 | cheapwatchescanada.com |
| 238 | replica-watches-sale-uk.com |
| 239 | cheap-watches-australia.com |
| 240 | cheapreplicawatchesaustralia2016.com |
| 241 | alrealtube.com |
| 242 | watchyo.net |
| 243 | owatcho.com |
| 244 | watchesr.com |
| 245 | relojlinea.co |
| 246 | watchesserver.org |
| 247 | mboutletspens.com |
| 248 | hublotreplicas.us |
| 249 | sayoffer.us |
| 250 | uswomenforgs.com |
| 251 | greatgift-replica.com |
| 252 | frlancelpaschers.com |
| 253 | lancelsoldeseu.com |
| 254 | chloe-buy.info |
| 255 | chloe-japandiscount.info |
| 256 | publishingnews.org |
| 257 | bagaholicsbag.com |
| 258 | sobestwatches.com |
| 259 | replicacartier.biz |
| 260 | replicaswisswatches.biz |
| 261 | luxe-stylos.biz |
| 262 | cartierarmbandreplica.net |
| 263 | ukreplicawatches.uk.com |
| 264 | replikahodinkycz.com |
| 265 | bengtrystedt.se |
| 266 | jemontres.fr |
| 267 | montresvendre.fr |
| 268 | artsetharas.fr |
| 269 | dfodiscountbags.ch |
| 270 | adaptoutdoors.co.uk |
| 271 | mont-blancpens.co.uk |
| 272 | bookens.co.uk |
| 273 | finestpurse.se |
| 274 | refinedwatch.com |
| 275 | watchesrew.com |
| 276 | fbeshop.com |
| 277 | prisedwatch.com |
| 278 | hotreplicaonline.com |
| 279 | santas-me.org |
| 280 | petromedia.co.uk |

| 281 | great2usale.com |
|-----|-----------------|
| 282 | cartierringprice.com |
| 283 | bmppolo.com |
| 284 | cartierlovebracelet-replica.com |
| 285 | cartierringcollection.com |
| 286 | shopbagscc.com |
| 287 | review4uwatch.com |
| 288 | vivalapr.com |
| 289 | watcheshu.com |
| 290 | soiwatch.com |
| 291 | heuvelrug.eu |
| 292 | vogues.eu |
| 293 | swissreplica.me |
| 294 | swissclock.me |
| 295 | replicaswatchesonline.co.uk |
| 296 | buyukwatchesale.co.uk |
| 297 | cartier-lovebracelet.co.uk |
| 298 | mewmew.fr |
| 299 | watcher.se |
| 300 | stephenrasmussen.co.uk |
| 301 | uralmoto.co.uk |
| 302 | jhcc.co.uk |
| 303 | newmediacompany.co.uk |
| 304 | allreplicawatches.co.uk |
| 305 | wineodyssey.co.uk |
| 306 | 1045his.com |
| 307 | 123cng.com |
| 308 | 1wristwatch.com |
| 309 | 8fakte.com |
| 310 | 99poplar.com |
| 311 | abrameli.com |
| 312 | alegroso.com |
| 313 | auto965.net |
| 314 | backinkwatch.com |
| 315 | bastaballe.com |
| 316 | bestcopywatches.com |
| 317 | bestreplicawatch.net |
| 318 | bestwatchespro.com |
| 319 | blingsterz.com |
| 320 | bolagsvisning.com |
| 321 | brandedluxurywatches.com |
| 322 | buaec.com |
| 323 | cartier4lover.net |
| 324 | cartierfakewatches.com |
| 325 | cartierreplicawatch.com |
| 326 | cartierstores.com |
| 327 | cbceo123.com |

| 328 | cecth.com |
|-----|-----------|
| 329 | cheap-designer-watches.net |
| 330 | chinavisaus.com |
| 331 | ciicu.com |
| 332 | cilobster.com |
| 333 | clemontwatches.com |
| 334 | compare-watches.com |
| 335 | conwatches.com |
| 336 | deal-watches.com |
| 337 | deepbombay.com |
| 338 | designshopaustralia.com |
| 339 | displaysforwatches.com |
| 340 | dp-espanol.com |
| 341 | dublingreen.net |
| 342 | dwatchonline.com |
| 343 | enjoypalisade.com |
| 344 | event-watch.com |
| 345 | fakecartierwatches.com |
| 346 | fakecopywatches.com |
| 347 | fakeiwc.com |
| 348 | fake--watches.com |
| 349 | fewsomewatches.com |
| 350 | flexnuts.com |
| 351 | fseua.com |
| 352 | g3watches.com |
| 353 | gccsoco.com |
| 354 | getrunning.net |
| 355 | goresurvey.com |
| 356 | great-watch.com |
| 357 | hej01.com |
| 358 | hireplicawatch.com |
| 359 | homairah.com |
| 360 | iba-cg.com |
| 361 | ibizawatches.com |
| 362 | i-dbs.com |
| 363 | illtaketen.net |
| 364 | indowatchstore.com |
| 365 | inspectgears.com |
| 366 | intimes-watches.com |
| 367 | iwcreplicawatches.com |
| 368 | iwmwatches.com |
| 369 | jewelleryandwatches.net |
| 370 | jewelryandwatchesforyou.com |
| 371 | jfhc-live.com |
| 372 | kcwatch.net |
| 373 | lasolano.com |
| 374 | lax-watches.com |

| 375 | lincmenai.com |
|-----|---------------|
| 376 | linkcyprus.com |
| 377 | luxuryreplicawatchus.com |
| 378 | luxurywatchesking.com |
| 379 | marionbenton.com |
| 380 | mevlevihaneler.net |
| 381 | montblanc149.com |
| 382 | montblanc-guide.com |
| 383 | montblanclove.com |
| 384 | montblancprix.com |
| 385 | montblancs-pens.com |
| 386 | ms-watch.com |
| 387 | myomegagroove.com |
| 388 | mywatchesshop.com |
| 389 | neajausa.com |
| 390 | nekogazous.com |
| 391 | neonhappy.net |
| 392 | offshorelimitedwatches.com |
| 393 | ourwatchau.com |
| 394 | panerairerplicaswiss.com |
| 395 | pengojs.com |
| 396 | penpalau.com |
| 397 | penspa.com |
| 398 | pozeimagini.com |
| 399 | prwatch.net |
| 400 | qacro.com |
| 401 | replicaiwcwatches.net |
| 402 | replicavacheronconstantin.com |
| 403 | replica-vacheron-constantin.com |
| 404 | replicavacheronconstantinwatches.com |
| 405 | replicawatchbest.com |
| 406 | replicawatches2016.com |
| 407 | replicawatchesguide.com |
| 408 | replicawatcheshit.com |
| 409 | replicawatchesstore.com |
| 410 | replicawatchestop.net |
| 411 | replicawatcheszone.com |
| 412 | replicawatchfake.com |
| 413 | salebaselwatches.com |
| 414 | shotakoe.com |
| 415 | sk334.com |
| 416 | sntwatch.com |
| 417 | softocom.com |
| 418 | solidsdk.com |
| 419 | sophiecartier.com |
| 420 | sosurecircle.com |
| 421 | supp-tech.com |

| | |
|---|---|
| 422 | thanetwatch.com |
| 423 | thebighouseatl.com |
| 424 | themontblancoutlet.com |
| 425 | timecowatches.com |
| 426 | tokatextile.com |
| 427 | topfakewatches.com |
| 428 | topmontblanc.net |
| 429 | topwatchestore.com |
| 430 | tourdumontblanc.net |
| 431 | tydong.com |
| 432 | u-watches.com |
| 433 | vkwatch.com |
| 434 | watch-do.com |
| 435 | watchesbyus.com |
| 436 | watchescelebrity.com |
| 437 | watch-iwc.com |
| 438 | watchonstore.com |
| 439 | watchswordartonline.com |
| 440 | watchufc115live.com |
| 441 | webkeycodes.com |
| 442 | wereplicawatches.net |
| 443 | whytonight.com |
| 444 | wwuwork.com |
| 445 | zealwatch.com |
| 446 | allwatch.org |
| 447 | cartierjewelry.org |
| 448 | cartierreplica.org |
| 449 | cartier-watch.org |
| 450 | fakebestwatches.org |
| 451 | fakewatchesstore.org |
| 452 | fifthcol.org |
| 453 | iwcusa.org |
| 454 | nychiros.org |
| 455 | replicacartier.org |
| 456 | replicacartierwatches.org |
| 457 | replicadesign.org |
| 458 | russiawatchers.org |
| 459 | spinelessbooks.org |
| 460 | teipen.org |
| 461 | watchesale.org |
| 462 | watchesbars.org |
| 463 | zoewatches.org |
| 464 | art-frameleden.nl |
| 465 | rechardsport.com |
| 466 | newloveshop.com |
| 467 | tourbillon4uwatch.com |
| 468 | imitazionicartier.org |

| | |
|---|---|
| 469 | cartierreplicas.org |
| 470 | fakecartiers.org |
| 471 | foreverwatches.org.uk |
| 472 | topio.co.uk |
| 473 | genuineswatches.co.uk |
| 474 | bestpricereplicawatches.com |
| 475 | newmanmode.nl |
| 476 | balletschoollouise.nl |
| 477 | topwatchesshop.com |
| 478 | cnvp-jewelry.com |
| 479 | lingkicks.com |
| 480 | replicawatch.cn |
| 481 | lancels.com |
| 482 | onlinewatchess.com |
| 483 | swwatch.eu |
| 484 | finestwatchez.com |